**Order filed September 27, 2011.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-10-00052-CV
_____

## COMPASS BANK, Appellant

## V.

## MARHABA PARTNERS LIMITED PARTNERSHIP, Appellee

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 935955**

## ORDER

On February 9, 2010, this court was notified that appellee, **Marhaba Partners Limited Partnership**, petitioned for voluntary bankruptcy in the United States Bankruptcy Court for the Southern District of Texas, under cause number 10-30227. On February 18, 2010, this court ordered the cause abated and treated as a closed case. *See* TEX. R. APP. P. 8.2.

Following the abatement, this court has heard nothing from the parties. According to the bankruptcy court PACER system, the bankruptcy case was closed on July 1, 2011.

Accordingly, unless within 20 days of the date of this order, any party to the appeal files a motion demonstrating good cause to retain this appeal, this appeal will be reinstated and dismissed for want of prosecution.


PER CURIAM